1  PETER J. HIRSIG (State Bar No. 197993)
   WILLIAM L. MCCASLIN (State Bar No. 249976)
2  McNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & BROTHERS LLP
3  639 Kentucky Street, First Floor
   Fairfield, CA 94533
4  Telephone: (707) 427-3998
   Facsimile:  (707) 427-0268
5
   Attorneys for
6  CALIFORNIA DEPARTMENT OF CORRECTIONS AND
   REHABILITATION
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 02-0111 SI |
|---|---|
| Plaintiff, | **PROTECTIVE ORDER** |
| vs. | |
| RICHARD WAYNE SUTTON, | |
| Defendant. | |

GOOD CAUSE APPEARING, THE COURT ORDERS

That any and all records that this Court orders produced by California Department of Corrections in the above-entitled matter are to be used only for the purpose of the subject litigation, and are to be viewed only by attorneys for the parties to this matter, FEDERAL LAW ENFORCEMENT AND U.S. PROBATION and/or the judge assigned to this case. It is further ordered that the subject records are not to be disseminated to any person or entity, including any party to the case, other than to the attorneys for the parties to this case and the presiding judge.

DATED: 6/4/10

U.S. DISTRICT COURT JUDGE/MAGISTRATE

PROTECTIVE ORDER