United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR-02-0111-001 SI
)
RICHARD WAYNE SUTTON )
)

ORDER AUTHORIZING DESTRUCTION OF COMPUTER EQUIPMENT

(UNCLAIMED PROPERTY)

ON MOTION OF THE COURT, the U.S. Probation Office is authorized to destroy the following computer equipment pursuant to the policies of the U.S. Probation Office:

- Acer laptop computer, serial number LXPWJ020120233FA4D1601
- Hitachi 250 GB Sata hard drive, serial number ASDSUSVL
- Everest thumb drive, unknown USB component
- Photocopy of a City and County of SF check made payable to Teri Rosette
- Computer case, including manuals
- Wallet containing expired Texas driver's license for Aaron Matthew Newman, a Greyhound bus ticket in the same name

Other instructions:

Date: 12/11/12

Susan Illston
United States District Judge